```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>CHARMANE T. GRIFFIN,<br><br>       Defendant | No. CV A 10-8845<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Charmane T. Griffin, in the principal amount of $1,500.00 plus interest accrued to November 15, 2010, in the sum of $1,410.38; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $__2,910.38__.

DATED: 1/6/2011                    By: TERRY NAFISI
                                       Clerk of the Court

                                       _____
                                       Deputy Clerk
                                       United States District Court

Page 5